UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM ALLEN MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:11-cv-262-JMS-DKL |
| ) | |
| H.J. MARBERRY, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Directing Further Proceedings**

The complaint has been screened as required by 28 U.S.C. ' 1915A(b). The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(2), to issue process to the defendants. Process shall consist of a summons. Because plaintiff William Allen Miller is proceeding under the theory recognized in *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), **personal service is required.** *Robinson v. Turner,* 15 F.3d 82 (7th Cir. 1994). The Marshal for this District or his Deputy shall serve the summons, together with a copy of the **complaint**, filed on September 8, 2011, and a copy of this Entry, on the defendants and on the officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2), at the expense of the United States.

**IT IS SO ORDERED.**

Date: 10/21/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

William Allen Miller
#77436-012
Florence High - U.S.P
Inmate Mail/Parcels
P.O. Box 7000
Florence, CO 81226

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204